Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | Case No: 2:18-cv-00559-JZB |
| Plaintiff, | **Plaintiff's Discovery Request Number 1** |
| vs. | |
| Mesa Hospitality LLC, | |
| Defendant. | |

Please take notice that the Discovery Request Number One has been served on Defendant on the 30th day of April, 2018.

RESPECTFULLY SUBMITTED this 30TH Day of April, 2018.

*/s/ Peter Strojnik*

Peter Strojnik, 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff